

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-12-00419-CV

## IN RE RICHARD OWEN TAYLOR

_____

## Original Proceeding

_____

## MEMORANDUM  OPINION

_____

Relator's petition for writ of mandamus is denied.

AL SCOGGINS
Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Petition denied
Opinion delivered and filed December 6, 2012
[OT06]